

## MANDATE

# The Fifteenth Court of Appeals

THE STATE OF TEXAS

**TO THE BUSINESS COURT DIVISION 1B OF TRAVIS COUNTY, GREETINGS:**

On February 21, 2025, the Court of Appeals for the Fifteenth District of Texas dismissed the appeal in the following case:

Synergy Global Outsourcing, LLC, v. Hinduja Global Solutions, Inc., and HGS Healthcare, LLC Tr. Ct. No. 24-BC01B-0007).

The Court of Appeals entered the following judgement or order:

For the foregoing reasons, we dismiss Synergy's direct appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof affixed, at the City of Austin, Texas, this May 7, 2025.

**CHRISTOPHER A. PRINE, CLERK**